Steven D. McGee - #71886
Mark D. Kruthers - #202877
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
smcgee@dowlingaaron.com/mkruthers@dowlingaaron.com

Attorneys for Plaintiff/Cross-Defendant,
IMMOBILIARE, LLC

UNITED STATES DISTRCIT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMOBILIARE, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY, a South Carolina Corporation; DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:19-CV-00680-LJO-BAM<br><br>**JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |
| WESTCOR LAND TITLE INSURANCE COMPANY, a South Carolina Corporation,<br><br>Cross-Complainant,<br><br>v.<br><br>IMMOBILIARE, LLC, a California Limited Liability Company; CORPORATE AMERICA LENDING, INC., a California corporation; and ROES 1 through 20, inclusive,<br><br>Cross-Defendants. | District Judge: Unassigned<br>Magistrate: Hon. Barbara A. McAuliffe<br><br>Complaint filed: April 17, 2019 |

**JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**

Defendant and Cross-Complainant WESTCOR LAND TITLE INSURANCE COMPANY ("WESTCOR") and Plaintiff and Cross-Defendant IMMOBILIARE, LLC ("IMMOBILAIRE"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

## I.

## **STIPULATION**

1. The Initial Scheduling Conference in the above-captioned action is set to take place on February 20, 2020 at 9:00 a.m.

2. Former Cross-Defendant CORPORATE AMERICA LENDING, INC. is no longer a party to this action having been previously dismissed.

3. Based, in part, on the recently issued Order Unassigning District Judge and the Standing Order in Light of Ongoing Judicial Emergency, WESTCOR and IMMOBILAIRE (collectively the "Parties") have agreed to participate in a mediation in the hopes of being able to resolve the pending disputes.

4. The Parties have selected Justice Stephen J. Kane (Ret.) to serve as their mediator and are attempting to schedule the mediation for March or April of 2020.

5. In order to allow the Parties time to determine if a resolution is possible, the Parties have agreed to jointly request that the pending February 20th Initial Scheduling Conference, and all associated deadlines, be continued for a period of 90 days or as soon thereafter as the Court's calendar will allow the Initial Scheduling Conference to proceed. Said request is hereby made by way of this Joint Stipulation.

DATED: February 12, 2020     MEYLAN DAVITT JAIN AREVIAN & KIM LLP

By: /s/ *Anita Jain*
Anita Jain
Attorneys for Defendant/Cross-Complainant
WESTCOR LAND TITLE INSURANCE COMPANY

DATED: February 12, 2020            DOWLING AARON INCORPORATED

By: /s/ *Mark D. Kruthers*
    Steven D. McGee, Esq.
    Mark D. Kruthers, Esq.
    Attorneys for Plaintiff/Cross-Defendant
    IMMOBILIARE, LLC

## II.

## ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

Based on the Joint Stipulation of WESTCOR and IMMOBILAIRE (collectively the "Parties") as set forth above,

**IT IS HEREBY ORDERED** that the Initial Scheduling Conference currently set for February 20, 2020 at 9:00 a.m. is hereby continued until **May 14, 2020 at 9:00 a.m.** in Courtroom 8 (BAM) before the undersigned. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**. If the parties file a notice settlement before the conference, then the conference will be vacated.

**IT IS FURTHER ORDERED** that as a result of the continuance of the Initial Scheduling Conference, all associated dates/deadlines are continued a like period of time with all new dates/deadlines determined based on the new date for the Initial Scheduling Conference.

IT IS SO ORDERED.

Dated: **February 12, 2020**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

3
**JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**